IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. **1:18-cv-01177**

**REALTIME ADAPTIVE STREAMING, LLC**

Plaintiff,

v.

**MITEL NETWORKS, INC.**

Defendant.

**UNOPPOSED MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE**

Plaintiff Realtime Adaptive Streaming, LLC ("Realtime") and defendant Mitel Networks, Inc. ("Mitel") hereby requests rescheduling of the Scheduling Conference currently set for July 23, 2018, at 10:15 a.m. to the week of September 4, 2018 or thereafter, at the Court's convenience. In support thereof, Realtime and Mitel state as follows:

1. Realtime filed a Complaint in this action on May 15, 2018, and has filed a return of service indicating a service date of May 17, 2018.

2. Mitel's counsel has not made an appearance before the Court yet. In-house counsel for Mitel has previously contacted counsel for Realtime to request extensions for Mitel to respond to the complaint, and the time for Mitel to answer or otherwise respond to the Complaint was extended to July 19, 2018. Dkt. No. 18 & 21.

3. Postponing the scheduling conference from July 23, 2018, to the week of September 4, 2018, or thereafter, at the Court's convenience, would allow Mitel to retain outside

counsel, and the parties to more meaningfully discuss the case, the case schedule, and prepare for the Scheduling Conference.

For the foregoing reasons, the parties respectfully request that the Court reschedule the Scheduling Conference from July 23, 2018, at 10:15 a.m. to the week of September 4, 2018 or thereafter, at the Court's convenience.

Dated: July 9, 2018

/s/ C. Jay Chung

Eric B. Fenster, LLC
Eric B. Fenster (CO #33264)
Email: eric@fensterlaw.net

RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com

*Attorneys for Plaintiff Realtime Adaptive Streaming, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on July 10, 2018.

/s/ C. Jay Chung