# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. **1:18-cv-01177**

**REALTIME ADAPTIVE STREAMING, LLC**

Plaintiff,

v.

**MITEL NETWORKS, INC.**

Defendant.

---

### LOCAL CIVIL RULE 6.1 STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT MITEL NETWORKS, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

---

Pursuant to Local Civil Rule 6.1, Plaintiff Realtime Adaptive Streaming, LLC ("Realtime") and defendant Mitel Networks, Inc. ("Mitel"), hereby stipulate to, and moves for, an extension of time for Mitel to answer or otherwise respond to the Complaint in this action.  In support thereof, Realtime and Mitel state as follows:

1.      Realtime filed a Complaint in this action on May 15, 2018, and has filed a return of service indicating a service date of May 17, 2018.

2.      The time for Mitel to answer or otherwise respond to the Complaint was extended twice before, by 42 days total (to July 19, 2018). Dkt. No. 18 & 21.

3.      In-house counsel for Mitel contacted counsel for Realtime to request an additional extension, because Mitel has yet to engage outside counsel in this case and additional time is necessary to permit Mitel and its counsel to prepare a response to the Complaint.  Realtime agrees to the requested extension of 21 additional days, up to and including August 9, 2018.

Dated: July 19, 2018

/s/ C. Jay Chung

Eric B. Fenster, LLC
Eric B. Fenster (CO #33264)
Email: eric@fensterlaw.net

RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com

*Attorneys for Plaintiff Realtime Adaptive
Streaming, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on July 19, 2018.

/s/ C. Jay Chung